FILED LODGED
MAR 01 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Case 2:17-cv-00323-RAJ Document 1 Filed 03/01/17 Page 1 of 4

17-CV-00323 RAJ    03-01-2017

NO SUMMONS ISSUED JPP APP

Pre-face: I

The urgency of unstoppable crimes and contempt for life, where the individual (right person) obligated to homelessness years before, and particularly, under sever conditions since year 2011; to lack of proper health treatments, basic necessities including nourishments, as well as any consideration but unlimited verbal, moral, physical, psycho-social and nature abuses. in the way the man can not avoid and equals and likes declaration.

For example, at own places; when/after/ changing place or state; with known country persons; with roommates; under rent; in secure shelter; in open shelter; and even on the street, or in general at all places under, abuses and exploitation; on-purpose limitation and forcing to accept wrong as right, and granting-forcefully over taken rights and names to others (suspects) and to be consented for imposed enslavement as own interest.

On other side, lack of any rights, including family authority exposed my child to preventable abuses and exploitation; due-to on purpose isolation, illigitimate protection orders as well as denying means (among many) rights - the rights of the child and/or her father, to disable actions and protections could be taken by father (me) to provide better means for the abused child.

Even under partial health, occasionally, attempts to lest earnings for very necessities have been hindered and truley exposed to unnecessary retention of payments, assignment at wrong places or extra abuses in the way direct priviliges to former attackers and also against my rights. Where not for weeks or months, for years I forced to live under unlimited harrasments, abuses, homelessness, starvations and frames as well as reducing to none without reason; until now and this time.

Berhanu Kelbessa
Seattle, WA 98101

BK --- 1

03-01-2017

1

Filing crimes acts and <u>all-bound</u> or <u>absolute enslavement</u> of a person; after many reports and no-any solutions; (decade plus crimes)

1. Imposition of all-types of enslavement against a person: major cases:

    a/ Absolute denial, distortion, displacement and controlling of one's rights, body and freedom.

    b/ The designation, poisoning or controlling person's mind to use both body parts and body.

    c/ Interference in nature, rights, dignity and life; without consent and knowledge of a person.

    d/ Forcing right person to live under both the rule of criminals and damages as well as endangerments; misery and on-streets.

    e/ Displacing and transfering innocent's all rights, family authority and both in-born and other personal values to invadors, poisnous, attackers, offenders as well as terrorists; who frame to endanger or to defame and reduce.

    f/ Minor's abuse, exploitation and control under threat, misery, isolation and denial of specific and common child rights.

    g/ official robbery, absolute blocking of an individual rights, rights to information, trans-parency and right to own body, own family, legal/given/natural rights and privacy.

    h/ Cross-species dehumanization and experiments.

    i/ Confinments, labeling and use of life under controlling/and blocking most communications.

    j/ Specific crimes at: LIVING AREAS; RESCUE AREAS; HOSPITALS; WORK AREAS; PUBLIC PLACES; MEANS OF CONTACTS (ON-LINE & ADDRESS ) - - -

Berhanu Kelbessa
Seattle, WA 98101

BK ---2

Enslavement mechanisms and controlling systems:

1. Forwarding whatever as a person's own statements, interests words and literatures while no-any consent or authority; reducing liveing-life to/as/ dead. or denial of existing.
2. Using rules unknown to the victim in antagonizing normal rules and the rights of the person.
3. Brain controlling under agents (substances) and then under technology - controlling and monitoring not for the safety of the person but to defame, used all rights and to continue in isolation for elimination.
4. Joint actions of individuals, groups, institutions, some professionals and officials offices and institutes, against the rights, dignity, liberty and life of a person(s).
5. Assigning anyone under any names or relations either to abuse or use the right of the victim while degrading him.
6. The use of on-line mismatchs and in-person sabotaging of most required contacts and informations.
7. Besides transparency and rights to information the direct block of victim's important/helping/ statements, on-line and even emergency calls; as well as personal-contacts using on-purpose defamation and interfereces, technology and hired persons.
8. Relating rights to other factors like, types and number of spouse(s) where directly indicates life under maximum control and plan under others' decision.
9. Actions for about a decade, limiting or hindering any income or earnings for the victim: from work; proper assistant (gov't); own rights like SSI; rights like to basic necessities, Wills or even compensation; lest information or documents.

Berhanu Kelbessa
Seattle, WA 98101

BK ---3

primary responsible body against rights and life or all-bound, absolute enslavement after emancipation:

I. OFFICE/BODY:
1.1. City of Seattle
1.2. Washington State
1.3. FBI
1.4. DSHS
1.5. Institutions
1.6. Few nations
1.7. others

II. INDIVIDUALS:
2.1 reported and non-reported individuals
2.2 Heads of offices and Companies
2.3 professionals and assistants (involved)
2.4 crime hosts and criminals (suspect)
2.5 Framers and defamers
2.6 Minor abusers

II. Individuals involvement in crime and systemic enslavements, exploitation, experiments, abuse and use will trace back the many reports and self-evidented facts. As a hint it's classified in two: the internal crime suspects or hired meddlings, sellers or exposers and abusers; and others who uses profession, finance, institutions, companies and similar others in distorting rights, displacing, framing to defame and endanger plus dehumanization, experiments, use persons rights and body including for gain; as well as besides extreme crimes against an adult, against the minor under full cruelty and crime; as well as endangerments. Unlimitted to non-consent possession of man's entity for the only purpose of derivatives target-for-killing and milling. the case from looting internal organ, interfering into internal body parts, semi-external, any body fluids, blood and others; in the way live-life lacks value lest close to corps/dead body!. After all and about a decade it has been harder to many the victim to have lest rights for basic subsistence.

There~~fore~~, details (as much as possible) will follow.

Berhanu Kelbessa
Seattle, WA 98101

BK