# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERHANU G. KELBESSA,<br><br>                    Plaintiff,<br><br>       v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-323 RAJ |

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons stated in the Court's order of April 28, 2017, Judgment is entered in favor of Defendants and against Plaintiff.

DATED this 2nd day of May, 2017.

                                        WILLIAM M. McCOOL,
                                        Clerk of the Court

                                        By:   */s/ Victoria Ericksen*
                                                    Deputy Clerk